# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, As Subrogee of MIKE NANCE,<br><br>        Plaintiff,<br><br>v.<br><br>CLAWFOOT SUPPLY, LLC D/B/A SIGNATURE HARDWARE AND TAB CONSTRUCTION, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO.: 2:15-cv-00254-WCO |

## PLAINTIFF'S INITIAL DISCLOSURES

(1)   State precisely the classification of the cause of action being filed, a brief factual outlook of the case including plaintiff's contentions as to what defendants did or failed to do, and a succinct statement of the legal issues in the case.

Tort/Negligence

Mike Nance hired TAB Construction to install a Collins Single Hole Kitchen Faucet with Swivel Spout that he bought from Signature Hardware. On June 6, 2014, Nance returned home from work and discovered his living room was waterlogged. He found the flexible plastic water supply line to the newly installed faucet had loosened expelling water into the living room. Plaintiff is alleging negligence on the part of TAB Construction and Signature Hardware.

(2)   Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

O.C.G.A.§51-1-1, §51-1-2; §51-1-6; §51-1-11, §34-9-11.1 and §51-12-3.

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Responses to Initial Disclosures as Attachment A.)

<u>Plaintiff, Mike Nance, Representative of Tab Construction; Representative of Signature Hardware; Travelers Property Adjusters, Travis Cephus and Victoria Long</u>

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

<u>Not applicable at this time. Plaintiff will supplement this response as discovery proceeds, if an expert is retained.</u>

(5) Provide a copy of, or a description by category and location of, all documents, data compilations, or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Responses to Initial Disclosures as Attachment C).

<u>Damages Estimate/Loss Reports; Email and instructions from Defendant, Signature Hardware; Defendant, Tab Construction contract; Photographs and a copy of Plaintiff's insurance policy with Travelers.</u>
<u>The foregoing documents are on a CD which accompanies these responses. Discovery has just commenced and Plaintiff may disclose additional documents or other evidence as the case progresses</u>

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or

evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Responses to Initial Disclosures as Attachment D.)

Payment Detail and Loss Report Estimates are included on the attached CD which accompanies these responses.

(7)   Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnity or reimburse for payments made to satisfy the judgment.  (Attach copy of insurance agreement to Responses to Initial Disclosures as Attachment E.)

Mike Nance Insurance policy with The Travelers Home and Marine Insurance Company.  Insurance Policy is included on the attached CD which accompanies these responses.

(8)   Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiff's cause of action and state the basis and extent of such interest.

The Travelers Home and Marine Insurance Company, One Tower Square, Hartford, CT  06183, (800) 328-2189.  Insurer paid the insured  $129,164.80 for damages sustained to the insured's property and its contents.  The insurance policy provides for the right of subrogation by contract and the insurer would also be entitled to equitable subrogation.

      This <u>17th</u> day of  March, 2016.

                                               ROBIN A. GOLIVESKY
                                               Ga. State Bar No. 300512
                                               Attorney for Plaintiff

Dodson & Associates
Caller Service No. 1808
Alpharetta, GA  30023-1808
678/317-7121

## CERTIFICATE OF SERVICE

I hereby certify that on March 17<u>th</u>, 2016, I electronically filed **Plaintiff's Initial Disclosures** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**For Defendant Signature Hardware:**
David B. Darden
dbd@phrd.com
Zachary M. LeVasseur
zlev@phrd.com
303 Peachtree St., N.E., Suite 3600
Atlanta, Georgia  30308

**For Defendant TAB Construction:**
Angela H. Smith
ahsmith@mijs.com
Joe Shelley
jshelley@mijs.com
Moore Ingram Johnson & Steele
Emerson Overlook, 326 Roswell Street
Marietta, Georgia  30060

This <u>17th</u> day of  March, 2016.

_____
ROBIN A. GOLIVESKY
Ga. State Bar No. 300512
Attorney for Plaintiff

Caller Service No. 1808
Alpharetta, Georgia  30023-1808
(678) 317-7121
(678) 317-8915 (fax)
Email:  rgolives@travelers.com

## PLAINTIFF'S INITIAL DISCLOSURES
## EXHIBIT "A"

1. Insured homeowner, Mike Nance, 2520 Southers Circle, Suwanee, GA 30024.

2. Defendant, Clawfoot Supply, LLC, d/b/a Signature Hardware, c/o David B. Darden, Esquire and Zachary M. LeVasseur, Parker, Hudson, Rainer & Dobbs LLP, 303 Peachtree St., N.E., Suite 3600, Atlanta, GA 30308, (404) 523-5300.

3. Defendant, TAB Construction, c/o Angela H. Smith, Esquire and Joe Shelley, Esquire, Moore Ingram Johnson & Steele LLP, Emerson Overlook, 326 Roswell St., Marietta, GA 30060, (770)429-1499.

4. Travis Cephus, Claim Adjuster for The Travelers Home and Marine Insurance Company, 1000 Windward Concourse, Alpharetta, GA 30005, (770)658-4343.

5. Victoria Long, Claim Adjuster for The Travelers Home and Marine Insurance Company, 1000 Windward Concourse, Caller Service #1816, Alpharetta, GA 30005, (770)286-3890.

6. Joseph J. Miller, Subrogation Claim Adjuster for The Travelers Home and Marine Insurance Company, Suite 200, 13935 Bishops Dr., Brookfield, WI 53005, (262) 825-9012.

   Discovery has just commenced and Plaintiff may disclose additional witnesses as the case progresses.

## PLAINTIFF'S INITIAL DISCLOSURES
## EXHIBIT "B"

Plaintiff has not yet determined if they will call an expert witness to provide evidence under Rules 702, 703 or 705.

## PLAINTIFF'S INITIAL DISCLOSURES
## EXHIBIT "C"

1. Damages Estimate/Loss Reports.

2. Email and instructions from Defendant, Signature Hardware

3. Photographs

    Copies are included on a CD which accompanies these responses.

    Discovery has just commenced and Plaintiff may disclose additional documents or other evidence as the case progresses.

# PLAINTIFF'S INITIAL DISCLOSURES
# EXHIBIT "D"

See Payment Detail and Loss Report Estimates included in the attached CD.

## PLAINTIFF'S INITIAL DISCLOSURES
## EXHIBIT "E"

Plaintiff's Insurance Information:

A copy of Plaintiff's policy with The Travelers Home and Marine Insurance Company is supplied on a CD which accompanies these responses.